## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA



FILED

JUN 0 8 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____,DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. CR 22-218 PRW** |
| | ) | |
| -vs- | ) | |
| | ) | **Violations:**  18 U.S.C. § 922(u) |
| **KADISH MICHAEL JOE MILLER and** | ) | 18 U.S.C. § 922(g)(1) |
| **STOLYNN SHANE STAMBAUGH,** | ) | 18 U.S.C. § 922(n) |
| | ) | |
| **Defendants.** | ) | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Theft of Firearm from Licensee)

On or about May 7, 2022, in the Western District of Oklahoma,

--------------------------- **KADISH MICHAEL JOE MILLER and**
**STOLYNN SHANE STAMBAUGH** --------------------------------

knowingly and unlawfully stole a Standard Arms of Nevada, model SA-40, .40 caliber

pistol, bearing serial number 00630, from Butch's Guns, a Federal Firearms Licensee,

located at 5005 Oklahoma Avenue, Woodward, Oklahoma.

All in violation of Title 18, United States Code, Section 922(u), the penalty for

which is found at Title 18, United States Code, Section 924(i)(1).

## COUNT 2
### (Felon in Possession of a Firearm)

On or about May 7, 2022, in the Western District of Oklahoma,

------------------------------ **KADISH MICHAEL JOE MILLER** ------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: Standard Arms of Nevada, model SA-40, .40 caliber pistol, bearing serial number 00630, which was in or affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 3
### (Receipt of a Firearm by a Person Under Indictment)

On or about May 7, 2022, in the Western District of Oklahoma,

------------------------------ **STOLYNN SHANE STAMBAUGH** ------------------------------

with knowledge that he was under Indictment for a crime punishable for a term of imprisonment exceeding one year, did knowingly receive a firearm, to wit: Standard Arms of Nevada, model SA-40, .40 caliber pistol, bearing serial number 00630, which was in or affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(n), the penalty for which is found at Title 18, United States Code, Section 924(a)(1)(D).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

STEPHANIE POWERS
Special Assistant United States Attorney

3