IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

JAN 03 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____EKW_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. <u>CR-22-218-PRW</u> |
| | ) | |
| STOLYNN SHANE STAMBAUGH, | ) | Violations:  18 U.S.C. § 922(u) |
| | ) | 18 U.S.C. § 2 |
| Defendant. | ) | 18 U.S.C. § 3 |
| | ) | 18 U.S.C. § 922(n) |
| | ) | 18 U.S.C. § 4 |

<u>S U P E R S E D I N G   I N D I C T M E N T</u>

The Federal Grand Jury charges:

<u>COUNT 1</u>
(Theft of a Firearm from Licensee)

On or about May 7, 2022, in the Western District of Oklahoma,

---------------------------- **STOLYNN SHANE STAMBAUGH** --------------------------------

knowingly and unlawfully stole a firearm: specifically, Standard Arms of Nevada, model SA-40, .40 caliber pistol, bearing serial number 00630, from Butch's Guns, a Federal Firearms Licensee, located at 5005 Oklahoma Avenue, Woodward, Oklahoma.

All in violation of Title 18, United States Code, Section 922(u), the penalty for which is found at Title 18, United States Code, Section 924(i)(1), and Title 18, United States Code, Section 2.

## COUNT 2
### (Accessory After the Fact)

On or about May 7, 2022, in the Western District of Oklahoma,

---------------------------- **STOLYNN SHANE STAMBAUGH,** ----------------------------

knowing that an offense against the United States has been committed, to wit: theft of a firearm from a federal firearms licensee, in violation of Title 18, United States Code, Section 922(u), did receive, relieve, comfort, and assist the offender, K.M.J.M., in order to hinder and prevent the offender's apprehension, trial, and punishment.

All in violation of Title 18, United States Code, Section 3.

## COUNT 3
### (Receipt of a Firearm by a Person Under Indictment)

On or about May 7, 2022, in the Western District of Oklahoma,

---------------------------- **STOLYNN SHANE STAMBAUGH,** ----------------------------

with knowledge that he was under Indictment for a crime punishable for a term of imprisonment exceeding one year, did knowingly receive a firearm: specifically, Standard Arms of Nevada, model SA-40, .40 caliber pistol, bearing serial number 00630, which was in or affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(n), the penalty for which is found at Title 18, United States Code, Section 924(a)(1)(D).

## COUNT 4
### (Misprision of Felony)

On or about May 7, 2022, in the Western District of Oklahoma,

------------------------------- **STOLYNN SHANE STAMBAUGH,** ----------------------------

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: theft of a firearm from a federal firearms licensee, in violation of Title 18, United States Code, Section 922(u), did conceal the same by driving K.M.J.M. away from the scene of the crime, and did not as soon as possible make known the same to some judge or other person in civil or miliary authority under the United States.

All in violation of Title 18, United States Code, Section 4.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

STEPHANIE POWERS
Special Assistant United States Attorney