# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-22-218-PRW |
| ) | |
| STOLYNN SHANE STAMBAUGH, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' UNOPPOSED MOTION TO VACATE THE ORDER OF DISMISSAL AS TO COUNT 3 (DOC. 58) AND ORDER DENYING THE UNITED STATES' MOTION TO RECONSIDER (DOC. 88)

The United States respectfully requests that the Court vacate its order (Doc. 58) granting Defendant Stolynn Stambaugh's Motion to Dismiss Count 3 of the Indictment as Unconstitutional (Doc. 31) and vacate its order (Doc. 88) denying the United States' Motion to Reconsider (Doc. 67)[1]. The parties have reached a plea agreement that will settle this matter without expending any additional judicial resources. Part of that agreement involves this motion, which the Defendant does not oppose.

The plea agreement provides that the United States will give up its right to appeal the aforementioned decisions of the Court. Vacatur will accordingly allow the United States to fulfill its duty to defend Acts of Congress while preventing unnecessary litigation.

---

[1] The Tenth Circuit has recognized that a district court has the power to reconsider, review and revise its interlocutory rulings before final judgment in a case. *Rimbert v. Eli Lilly & Co.*, 647 F.3d 1247, 1251 (10th Cir. 2022). See also, *Fye v. Okla. Corp. Comm'n*, 516 F.3d 1217, 1223-24 n.2 (10th Cir. 2008); *United States v. Yazzie*, 998 F.Supp.2d 1044, 1091 (D.N.M. 2014).

In return, the plea agreement provides that the United States will dismiss the count at issue (Count 3 in the Indictment and Superseding Indictment) providing the Defendant the same benefit as he received by the Court's decisions.

        Respectfully submitted,

        ROBERT TROESTER
        United States Attorney


        *s/ Stephanie Powers*
        STEPHANIE POWERS
        OBA No. 22892
        Special Assistant United States Attorney
        210 Park Ave., Suite 400
        Oklahoma City, OK 73102
        (405) 553-8700 (Office)
        (405) 553-8888 (Fax)
        stephanie.powers2@usdoj.gov


## CERTIFICATE OF SERVICE

This is to certify that on January 31, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Docket Activity to the following ECF registrants:

Alyssa Farrell, Counsel for Stolynn Stambaugh.


        *s/ Stephanie Powers*
        Special Assistant United States Attorney